46 F.3d 1117
 Markoglu (Anesti)
v.
Saint Barnabas Medical Center Corporation, Manzo (Arnold
D.), V/P Human Resources, Marino (Martin J.), Director Human
Resources, Thompson (Ken), Director Engineering Dept., Exner
(Arthur), Assistant Director of Eng. Dept., Thompson
(Douglas), Supervisor, Engineering Dept., McGuire (Michael),
Officer, Security Dept., Murray (Michael), Arbitrator New
Jersey State Board of Mediation
 NO. 94-5273
 United States Court of Appeals,
Third Circuit.
 Dec 06, 1994
 
 Appeal From: D.N.J., No. 93-cv-02578,
 Lifland, J.
 
 
 1
 AFFIRMED.